1

2

3

4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF WASHINGTON

6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LOYDENE RAMBO, | ) ) ) | NO.    CV-11-5037-WFN |
| Plaintiff, | ) ) | ORDER ON MOTION AND |
| -vs- | ) ) | MEMORANDUM REGARDING FINALIZATION OF |
| FLUOR HANFORD, LLC; FLUOR CORPORATION; MISSION SUPPORT ALLIANCE, LLCC; LOCKHEED MARTIN INTEGRATED TECHNOLOGY, LLC; JACOBS TECHNOLOGY; WACKENHUT SERVICES, INC.; CONGRESSIONAL STRATEGIES, LLC; SECURE HORIZONS, LLC, | ) ) ) ) ) ) ) ) ) ) ) | TENTATIVE SETTLEMENT AND REQUEST FOR EXTENSION |
| Defendants. | ) ) | |

Before the Court is the Government's Motion and Memorandum Regarding Finalization of Tentative Settlement and Request For Extension (ECF No. 21), which was expedited (ECF No. 22). In the Motion, the Government states that the parties have made significant progress in resolving this matter, that a tentative global settlement agreement has been reached but is not yet approved, and that the parties request that the Government and the Relator be given an extension to file their Complaints. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion and Memorandum Regarding Finalization of Tentative Settlement and Request For Extension, filed February 26, 2013, **ECF No. 21**, is **GRANTED as outlined below**.

ORDER ON MOTION AND MEMORANDUM REGARDING FINALIZATION
OF TENTATIVE SETTLEMENT AND REQUEST FOR EXTENSION - 1

1    (a)    If the parties have not yet filed a stipulation of dismissal by **April 1, 2013**,

2 they will file a joint status report with the Court on that date.

3    (b)    If the case is not resolved by **April 15, 2013**, the United States and the

4 Relator shall each serve their respective complaints upon Defendants Fluor Hanford, LLC

5 and Fluor Corporation on that date.

6    2.    The Government's Motion to Expedite, filed February 26, 2013, **ECF No. 22**, is

7 **GRANTED**.  The substantive Motion was heard on an expedited basis.

8    The District Court Executive is directed to file this Order and provide copies to all

9 counsel.

10    **DATED** this 28th day of February, 2013.

11

12                                    s/ Wm. Fremming Nielsen
                                      WM. FREMMING NIELSEN
13 02-27-13                           SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON MOTION AND MEMORANDUM REGARDING FINALIZATION
OF TENTATIVE SETTLEMENT AND REQUEST FOR EXTENSION - 2