|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   | UNITED STATES DISTRICT COURT | |
| 6   | EASTERN DISTRICT OF WASHINGTON | |
| 7   | UNITED STATES OF AMERICA *ex rel.* LOYDENE RAMBO, | NO.   CV-11-5037-WFN |
| 8   | Plaintiff, | |
| 9   | -vs- | ORDER ON JOINT STIPULATION OF DISMISSAL |
| 10  | FLUOR HANFORD, LLC; FLUOR CORPORATION; MISSION SUPPORT ALLIANCE, LLCC; LOCKHEED MARTIN INTEGRATED TECHNOLOGY, LLC; JACOBS TECHNOLOGY; WACKENHUT SERVICES, INC.; CONGRESSIONAL STRATEGIES, LLC; SECURE HORIZONS, LLC, | |
| 11  | | |
| 12  | | |
| 13  | | |
| 14  | | |
| 15  | Defendants. | |

16   Before the Court is a Joint Stipulation of Dismissal (ECF No. 26). Pursuant to Fed.
17   R. Civ. P. 41 and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States,
18   Defendants Fluor Corporation and Fluor Hanford, Inc. (collectively Fluor), and the relator,
19   Loydene Rambo, (collectively the Parties) have stipulated to the dismissal of the above-
20   captioned action. The Parties have reached an agreement to settle this litigation. The United
21   States and Fluor agree that each will bear its own costs, expenses and attorneys' fees.
22   Having reviewed the Stipulation and the file and pleadings therein, the Court finds good
23   cause to approve dismissal. Accordingly,
24   **IT IS ORDERED** that:
25   1. This case is **DISMISSED with prejudice as to the Relator** and **with prejudice**
26   **as to the United States to the extent of the "Covered Conduct"** in the Settlement

ORDER ON JOINT STIPULATION OF DISMISSAL - 1

Agreement between the United States and Fluor, and **otherwise without prejudice** as to the United States.

    2. The Court **RETAINS JURISDICTION** over this matter to enforce the terms of the Settlement Agreement.

    3. The United States and Fluor each will bear their own costs, expenses, and attorneys' fees.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE THE FILE**.

**DATED** this 16th day of April, 2013.

04-15-13

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION OF DISMISSAL - 2